IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DALTON LEE MILLER
#19666**
                                  **PLAINTIFF**

v.                        No. 3:22-cv-182-DPM

**GREENE COUNTY
DETENTION CENTER**                            **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. Miller hasn't updated his address; his mail is still being returned undelivered. *Doc. 4 & 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

                                            */s/ D.P. Marshall Jr.*
                                            D.P. Marshall Jr.
                                            United States District Judge

                                            27 September 2022