IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DALTON LEE MILLER                                    PLAINTIFF
#19666

v.                        No. 3:22-cv-182-DPM

GREENE COUNTY
DETENTION CENTER                                     DEFENDANT

JUDGMENT

Miller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 September 2022